UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:13CR19(JCH) |
| | : | |
| v. | : | |
| | : | |
| JESSE C. LITVAK | : | May 13, 2016 |

**JOINT RESPONSE TO ORDER TO SHOW CAUSE**

The parties jointly submit this response to the Court's Order to Show Cause filed earlier today. Consistent with the approach taken in advance of the initial trial in this matter, on the date set forth in the Scheduling Order, the parties exchanged preliminary Witness Lists and Exhibit Lists with the intention that the parties would work to resolve as many outstanding issues as possible before they were submitted to the Court closer to the trial date. The parties apologize for their misunderstanding of the Court's Scheduling Order. Attached as Exhibits 1-4 to this filing are the lists the parties exchanged on May 9, 2016. The parties note that their witness and exhibit lists may be modified in advance of trial as they meet and confer, narrow issues, or address supplemental documents or information received.

Respectfully submitted,

DEIRDRE M. DALY						COUNSEL FOR JESSE C. LITVAK
UNITED STATES ATTORNEY

 /s/ Jonathan N. Francis				 /s/ Adam D. Harber
Jonathan N. Francis					Ross H. Garber (ct17689)
ASSISTANT UNITED STATES			Michael G. Chase (ct28935)
ATTORNEY						SHIPMAN & GOODWIN LLP
Federal Bar No. phv05083				1 Constitution Plaza
jonathan.francis@usdoj.gov				Hartford, CT 06103
Heather L. Cherry					Tel: (860) 251-5000
ASSISTANT UNITED STATES			Fax: (860) 251-5099
ATTORNEY						E-mail: rgarber@goodwin.com
Federal Bar No. phv07037				Email: mchase@goodwin.com
heather.cherry@usdoj.gov
157 Church Street, 25th Floor				Dane H. Butswinkas (phv07986)
New Haven, CT 06510					Adam D. Harber (phv07988)
Tel.: (203) 821-3700					C.J. Mahoney (phv08039)
								Katherine A. Trefz (phv08040)
								Williams & Connolly LLP
								725 Twelfth Street, N.W.,
								Washington, D.C. 20005
								Tel: (202) 434-5000
								Fax: (202) 434-5029
								dbutswinkas@wc.com
								aharber@wc.com
								cmahoney@wc.com
								ktrefz@wc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY