UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA  :  CRIMINAL ACTION NO.
: 3:13-CR-19
v. :
: Jan 27th, 2017
JESSE C. LITVAK, :
Defendant.

**VERDICT FORM**

1. As to the charge in Count One of securities fraud, we the jury unanimously find the defendant JESSE LITVAK:

   Not Guilty ✓ _____          Guilty _____

2. As to the charge in Count Two of securities fraud, we the jury unanimously find the defendant JESSE LITVAK:

   Not Guilty ✓ _____          Guilty _____

3. As to the charge in Count Three of securities fraud, we the jury unanimously find the defendant JESSE LITVAK:

   Not Guilty ✓ _____          Guilty _____

4. As to the charge in Count Four of securities fraud, we the jury unanimously find the defendant JESSE LITVAK:

   Not Guilty _____          Guilty ✓ _____

5. As to the charge in Count Five of securities fraud, we the jury unanimously find the defendant JESSE LITVAK:

   Not Guilty ✓ _____          Guilty _____

6. As to the charge in Count Six of securities fraud, we the jury unanimously find the defendant JESSE LITVAK:

   Not Guilty ✓ _____          Guilty _____

7. There is no Count Seven.

8. As to the charge in Count Eight of securities fraud, we the jury unanimously find the defendant JESSE LITVAK:

    Not Guilty ___✓___          Guilty _____

9. As to the charge in Count Nine of securities fraud, we the jury unanimously find the defendant JESSE LITVAK:

    Not Guilty ___✓___          Guilty _____

10. As to the charge in Count Ten of securities fraud, we the jury unanimously find the defendant JESSE LITVAK:

    Not Guilty ___✓___          Guilty _____

11. As to the charge in Count Eleven of securities fraud, we the jury unanimously find the defendant JESSE LITVAK:

    Not Guilty ___✓___          Guilty _____

You have now completed the Verdict Form. Please have your foreperson sign and date below.

/s/
FOREPERSON

Dated at New Haven, Connecticut on this 27 day of Jan, 2017.