# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:13CR19 (JCH) |
| v. | |
| JESSE C. LITVAK | MAY 5, 2017 |
| Defendant. | |
| _____/ | |

## MEMORANDUM IN SUPPORT OF MOTION FOR RELEASE PENDING APPEAL

Dane H. Butswinkas (phv07986)
Adam D. Harber (phv07988)
C.J. Mahoney (phv08039)
Katherine A. Trefz (phv08040)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005

-and-

Ross H. Garber (ct17689)
Michael G. Chase (ct28935)
SHIPMAN & GOODWIN LLP
1 Constitution Plaza
Hartford CT 06103

*Attorneys for Jesse Litvak*

Mr. Litvak requests an order granting release pending appeal. Release pending appeal is appropriate where, as here, "the person is not likely to flee or pose a danger to the safety of any other person or the community" and "the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in—(i) reversal, (ii) an order for a new trial, (iii) a sentence that does not include a term of imprisonment, or (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process." 18 U.S.C. § 3143(b)(1). Once the defendant makes the requisite showing, "the statute establishes a right to liberty that is not simply discretionary but mandatory." *United States v. Abuhamra*, 389 F.3d 309, 319 (2d Cir. 2004).

Mr. Litvak poses no flight risk or danger to others in the community. He has no prior criminal history. He has been subject to the Court's bail conditions for several years and has fulfilled his reporting requirements. He has deep family ties in the community in which he resides. The government agreed in 2014 that Mr. Litvak posed no flight risk and did not contest that point either in this Court or on appeal. July 23, 2014 Hr'g Tr. at 174:20-21; Gov't Opp. to Def's Mot. for Release on Bond Pending Appeal at 6-19, *United States v. Litvak*, Case No. 14-2902 (2d Cir. Sept. 11, 2014) (D.E. 33).

The issues Mr. Litvak intends to raise in the second appeal are at least as "substantial" as those he raised in the first, when the Second Circuit granted his request for release pending appeal. The Court is well familiar with these issues, given that they have been briefed and argued extensively. Rather than repeat the defense's arguments here, we instead list the key issues that will be raised on appeal, cross-reference the relevant pleadings and portions of the transcript, and incorporate the arguments made there herein: (1) the evidence was insufficient as to Count 4, *see* Dkt. Nos. 516 (Parts I & II), 521; (2) the Court abused its discretion by admitting

"agency" testimony at trial, *see* Dkt. No. 356-1; (3) the Court abused its discretion by admitting evidence regarding the identity of investors in counterparty funds, *see* Dkt. No. 357-1; (4) the Court erred in excluding evidence of industry practice, *see* Dkt. No. 391; (5) the Court erred in restricting the defense's cross-examination of Agent O'Connor, *see* Dkt. No. 394; June 16, 2016 Hr'g Tr. at 55:11-67:5; (6) the Court erred in its instruction on the elements of the offense, *see* Tr. 1516:8-18; Dkt. No. 501; (7) the Court erred in its determination of "relevant conduct" and "loss" for purposes of the Sentencing Guidelines and by relying on acquitted conduct, *see* Dkt. Nos. 527, 536; (8) the Court failed to adequately "consider the jury's acquittal [on 9 of 10 counts] when assessing the weight and quality of the evidence presented by the prosecution and determining a reasonable sentence," *United States v. Vaughn*, 430 F.3d 518, 527 (2d Cir. 2005); *see* Dkt. Nos. 527, 536; and (9) the Court erred in imposing a sentence more severe than the one it imposed in 2014, *United States v. Bryce*, 287 F.3d 249, 256 (2d Cir. 2002); *see* Dkt. Nos. 527, 536.

We recognize that the Court addressed many of these issues in its April 17, 2017, opinion (Dkt. No. 533) and at the sentencing hearing and ruled against the defense. But the Court need not reconsider its prior rulings in order to grant the relief Mr. Litvak seeks. An issue is "substantial" for purposes of Section 3143 if it is an issue "of more substance than would be necessary to a finding that it was not frivolous," a "close question," or one "that very well could be decided the other way." *United States v. Randell*, 761 F.2d 122, 125 (2d Cir.1985) (internal quotation marks and citation omitted).

The case for release pending appeal is particularly compelling in this case, given its history and the fact that, if Mr. Litvak reports to prison by September 22 as the Court has

ordered, he would, in all likelihood, serve his entire 24-month sentence before the Second Circuit can resolve his appeal.

For these reasons, Mr. Litvak respectfully requests an order granting release pending appeal.

                                                    Respectfully submitted,

Dated:  May 5, 2017                        */s/ C.J. Mahoney*
                                          Dane H. Butswinkas (phv07986)
                                          Adam D. Harber (phv07988)
                                          C.J. Mahoney (phv08039)
                                          Katherine A. Trefz (phv08040)
                                          Williams & Connolly LLP
                                          725 Twelfth Street, N.W.
                                          Washington, DC 20005
                                          Tel: (202) 434-5000
                                          Fax: (202) 434-5029
                                          dbutswinkas@wc.com
                                          aharber@wc.com
                                          cmahoney@wc.com
                                          ktrefz@wc.com

                                          Ross H. Garber (ct17689)
                                          Michael G. Chase (ct28935)
                                          SHIPMAN & GOODWIN LLP
                                          1 Constitution Plaza
                                          Hartford, CT 06103
                                          Tel:  (860) 251-5000
                                          Fax:  (860) 251-5099
                                          E-mail: rgarber@goodwin.com
                                          Email: mchase@goodwin.com

                                          *Attorneys for Jesse Litvak*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2017, a copy of this memorandum was uploaded to and filed with the CM/ECF system for the United States District Court for the District of Connecticut, which served a courtesy copy on all counsel in the case.

          */s/ C.J. Mahoney*